RECEIVED
CLERK'S OFFICE
2013 JUL -8 AM 11:37
U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ex rel. CONNIE BROGDON and ) <br> SUMMER HOLLAND; and ) <br> STATE OF GEORGIA ) <br> ex rel. CONNIE BROGDON and ) <br> SUMMER HOLLAND, ) <br> ) <br> Plaintiff-Relators, ) <br> ) <br> v. ) <br> ) <br> HOSPITAL AUTHORITY OF IRWIN ) <br> COUNTY; MAHENDRA AMIN, M.D.; ) <br> ASHFAQ SAIYED, M.D.; ROMANA ) <br> BAIRAN, M.D.; ARTURO RUANTO, ) <br> M.D.; CONCORDIO URSAL, M.D.; ) <br> DREW HOWARD, M.D.; STEVE ) <br> ANDERSON, M.D.; ROBERT REESE ) <br> M.D.; and MARSHALL TANNER, M.D., ) <br> ) <br> Defendants. ) | Civil Action No. 7:13-CV-97(HL) <br> Jury Trial Demanded |

## MOTION TO FILE UNDER SEAL

Plaintiff-Relators Connie Brogdon and Summer Holland hereby submit this motion to file their False Claims Act/Qui Tam Complaint under seal. In support of the motion, Plaintiffs show the Court the following:

Plaintiffs' *qui tam* complaint is brought by Plaintiff-Relators Connie Brogdon and Summer Holland on behalf of the United States of America to recover damages and civil penalties arising from the Defendants' actions in violating the False Claims Act, 31 U.S.C. §§ 3729, *et seq.* The False Claims Act provides that a complaint filed under the statute "shall be filed *in camera*, shall remain under seal for at least 60 days, and shall not be served on the

defendant until the court so orders." 31 U.S.C. § 3730(b)(2). Consequently, the False Claims Act requires that the Complaint be filed under seal and shall remain under seal for at least 60 days.

A proposed order is attached hereto.

Respectfully submitted this 8th day of July, 2013.

*Jason Marcus*

Mike Bothwell
Georgia Bar No. 069920
Mike@bbv-law.com
Julie Bracker
Georgia Bar No. 073803
Jason Marcus
Georgia Bar No. 949698

BOTHWELL BRACKER
ATTORNEYS AT LAW
304 Macy Drive
Roswell, Georgia 30076
Ph: 770-643-1606

Brandon Hornsby
Georgia Bar No. 697680
Hornsby Law Group
1180 W Peachtree St NW #2220
Atlanta, GA 30309
Ph: (404) 577-1505