IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br> ex rel. CONNIE BROGDON and <br> SUMMER HOLLAND; and <br> STATE OF GEORGIA <br> ex rel. CONNIE BROGDON and <br> SUMMER HOLLAND, <br><br> Plaintiff-Relators, <br><br> v. <br><br> HOSPITAL AUTHORITY OF IRWIN COUNTY; MAHENDRA AMIN, M.D.; ASHFAQ SAIYED, M.D.; ROMANA BAIRAN, M.D.; ARTURO RUANTO, M.D.; CONCORDIO URSAL, M.D.; DREW HOWARD, M.D.; STEVE ANDERSON, M.D.; ROBERT REESE M.D.; and MARSHALL TANNER, M.D., <br><br> Defendants. | Civil Action No. 7:13-cv-97(HL) <br> Jury Trial Demanded |

## SEALING ORDER

This case shall be filed *in camera* and shall remain under seal for at least sixty (60) days pursuant to 31 U.S.C. § 3730(b)(2).

SO ORDERED this 9th day of July, 2013.

s/Hugh Lawson
United States District Judge