IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *ex rel.* CONNIE BROGDON and <br> SUMMER HOLLAND, and STATE OF <br> GEORGIA, *ex rel.* CONNIE BROGDON <br> and SUMMER HOLLAND, <br> <br> Plaintiff-Relators, <br> <br> v. <br> <br> HOSPITAL AUTHORITY OF IRWIN <br> COUNTY; MAHENDRA AMIN, M.D.; <br> ASHFAQ SAIYED, M.D., ROMANA <br> BAIRAN, M.D.; ARTURO RUANTO, <br> M.D.; CONCORDIO URSAL, M.D., <br> DREW HOWARD, M.D.; STEVE <br> ANDERSON, M.D.; ROBERT REESE, <br> M.D.; and MARSHALL TANNER, M.D., <br> <br> Defendants. | **FILED UNDER SEAL PURSUANT** <br> **TO 31 U.S.C. § 3730** <br> <br> <br> CIVIL ACTION NO. 7:13-CV-97 (HL) |

## **ORDER**

The United States of America and the State of Georgia, requesting a partial lifting of the seal, for the reasons stated in the Motion, and for good cause shown,

IT IS THEREFORE ORDERED that the United States of America's and State of Georgia's Motion to Partially Unseal Case for the limited purpose of disclosing the redacted copy of the sealed complaint (attached as Exhibit 1 to said Motion) in the captioned action to the Defendants at the Government's discretion, is hereby GRANTED.

IT IS FURTHER ORDERED that the complaint, any amended complaints, and all other filings shall remain under seal, except insofar as that seal has been partially lifted by the Court.

**IT IS SO ORDERED.**

Dated: April 1, 2014          s/Hugh Lawson
                              HUGH LAWSON, JUDGE
                              UNITED STATES DISTRICT COURT