IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *ex rel*. CONNIE BROGDON and | ) |
| SUMMER HOLLAND, and STATE OF | ) **FILED UNDER SEAL PURSUANT** |
| GEORGIA, *ex rel*. CONNIE BROGDON | ) **TO 31 U.S.C. § 3730** |
| and SUMMER HOLLAND, | ) |
| | ) |
| Plaintiff-Relators, | ) |
| | ) CIVIL ACTION NO. 7:13-CV-97 (HL) |
| v. | ) |
| | ) |
| HOSPITAL AUTHORITY OF IRWIN | ) |
| COUNTY; MAHENDRA AMIN, M.D.; | ) |
| ASHFAQ SAIYED, M.D., ROMANA | ) |
| BAIRAN, M.D.; ARTURO RUANTO, | ) |
| M.D.; CONCORDIO URSAL, M.D., | ) |
| DREW HOWARD, M.D.; STEVE | ) |
| ANDERSON, M.D.; ROBERT REESE, | ) |
| M.D.; and MARSHALL TANNER, M.D., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

The United States of America and the State of Georgia (hereinafter the "Government"), requesting a partial lifting of the seal, for the reasons stated in the Motion, and for good cause shown,

IT IS THEREFORE ORDERED that the Government's Second Motion to Partially Unseal Case for the purpose of disclosing a redacted copy of the Complaint to some or all of the additional defendants and to disclose the identity of the Relators to said Defendants, at the Government=s discretion, is hereby GRANTED.

IT IS FURTHER ORDERED that the complaint, any amended complaints, and all other filings shall remain under seal, except insofar as that seal has been partially lifted by the Court.

**IT IS SO ORDERED.**

Dated:   7/10/2014                                 **s/ Hugh Lawson**
                                                              HUGH LAWSON, JUDGE
                                                              UNITED STATES DISTRICT COURT