IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* CONNIE BROGDON and SUMMER HOLLAND, and STATE OF GEORGIA, *ex rel.* CONNIE BROGDON and SUMMER HOLLAND, | **FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730** |
| Plaintiff-Relators, | |
| v. | CIVIL ACTION NO. 7:13-CV-97 (HL) |
| HOSPITAL AUTHORITY OF IRWIN COUNTY; MAHENDRA AMIN, M.D.; ASHFAQ SAIYED, M.D., ROMANA BAIRAN, M.D.; ARTURO RUANTO, M.D.; CONCORDIO URSAL, M.D., DREW HOWARD, M.D.; STEVE ANDERSON, M.D.; ROBERT REESE, M.D.; and MARSHALL TANNER, M.D., | |
| Defendants. | |

## **NOTICE**

Pursuant to this Court's December 23, 2014, Order, the United States, with the consent of the parties, informs the Court that the parties have reached a settlement agreement. It is anticipated that the final signature will be obtained no later than Tuesday, January 20, 2015. Upon receipt of the final signature, the parties will file the Settlement Agreement and a proposed order to unseal appropriate documents.

Respectfully submitted this 16th day of January, 2015.

                              **MICHAEL J. MOORE**

                              UNITED STATES ATTORNEY

BY:   *s/Charles W. Byrd*
        CHARLES W. BYRD
        Georgia Bar No. 100850
        Assistant United States Attorney
        United States Attorney's Office
        P. O. Box 2568
        Columbus, GA 31902
        Telephone: (706) 649-7700

        *ATTORNEYS FOR THE*
        *UNITED STATES OF AMERICA*

# CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2015, I caused true and correct copies of the United States' Notice of Intervention, and the proposed order, to be served by e-mail and first-class mail, postage prepaid, upon:

> Mike Bothwell, Esq.
> THE BOTHWELL LAW GROUP
> 304 Macy Drive
> Roswell, GA  30076
>
> Brandon Hornsby, Esq.
> HORNSBY LAW GROUP
> 1180 W. Peachtree Street NW #2220
> Atlanta, GA  30309

**Counsel for Relators**

> Scott R. Grubman, Esq.
> ROGERS & HARDIN LLP
> 2700 International Tower
> 229 Peachtree Street, NE
> Atlanta, GA  30303

**Counsel for Defendant Amin**

> Roy E. Barnes, Esq.
> THE BARNES LAW GROUP, LLC
> 31 Atlanta Street
> Marietta, GA  30060
>
> Seslee S. Mattson, Esq.
> MORRIS, MANNING & MARTIN, LLP
> 3343 Peachtree Road
> Atlanta, GA  30326

**Counsel for Defendant ICH and other Defendants**

(continued on next page)

Elizabeth White
Assistant Attorney General
Office of the Attorney General
Georgia Medicaid Fraud Control Unit
200 Piedmont Ave., SE
West Tower, 19th Floor
Atlanta, Georgia  30334

**Counsel for State of Georgia**

          BY: <u>*s/Charles W. Byrd*</u>
             CHARLES W. BYRD
             Assistant United States Attorney