IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> *ex rel.* CONNIE BROGDON and ) <br> SUMMER HOLLAND, and STATE OF ) <br> GEORGIA, *ex rel.* CONNIE BROGDON ) <br> and SUMMER HOLLAND, ) <br> ) <br> Plaintiff-Relators, ) <br> ) <br> v. ) <br> ) <br> HOSPITAL AUTHORITY OF IRWIN ) <br> COUNTY; MAHENDRA AMIN, M.D.; ) <br> ASHFAQ SAIYED, M.D., ROMANA ) <br> BAIRAN, M.D.; ARTURO RUANTO, ) <br> M.D.; CONCORDIO URSAL, M.D., ) <br> DREW HOWARD, M.D.; STEVE ) <br> ANDERSON, M.D.; ROBERT REESE, ) <br> M.D.; and MARSHALL TANNER, M.D., ) <br> ) <br> Defendants. ) | **FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730** <br><br> CIVIL ACTION NO. 7:13-CV-97 (HL) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), the qui tam provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and the qui tam provisions of the Georgia False Medicaid Claims Act, O.C.G.A. §49-4-168.2(b), and in accordance with the terms and conditions of the January 16, 2015 Settlement Agreement among the United States, State of Georgia, Hospital Authority of Irwin County, Mahendra Amin, M.D., Ashfaq Saiyed, M.D., Romana Bairan, M.D., Arturo Ruanto, M.D., Concordio Ursal, M.D., Drew Howard, M.D., Steve Anderson, M.D., Robert Reese, M.D., and Marshall Tanner, M.D. (the "Settlement Agreement") the parties hereby stipulate to the entry of an order:

    1.    dismissing with prejudice all of Relators' claims, pursuant to and consistent with

1

the terms and conditions of this Agreement;

2. dismissing with prejudice all of the United States' and State of Georgia's claims as to the Covered Conduct (as defined in the Settlement Agreement), pursuant to and consistent with the terms and conditions of the Settlement Agreement;

3. dismissing without prejudice all of the United States' and State of Georgia's claims not included in the Covered Conduct (as defined in the Settlement Agreement); and

4. providing that the Court retain jurisdiction over any disputes that may arise regarding the Settlement Agreement.

Relators on behalf of themselves, their heirs, successors, attorneys, agents, and assigns, stipulate that the Settlement Amount set forth in the Settlement Agreement and the terms and conditions described therein are fair, adequate and reasonable under all the circumstances, that the Relator will not challenge the settlement pursuant to 31 U.S. C. § 3730(c)(2)(B) and O.C.G.A. §49-4-168.2(d)(3), and will expressly waive the opportunity for a hearing on any objection to the settlement pursuant to 31 U.S.C. § 3730(c)(2)(B) and O.C.G.A. §49-4-168.2(d)(3).

Accordingly, the parties respectfully request that the Court enter an order in the form of the proposed order.

Respectfully submitted this 2nd day of April, 2015.

**THE UNITED STATES OF AMERICA**

      **MICHAEL J. MOORE**
      UNITED STATES ATTORNEY


BY:   */s/ Charles W. Byrd*
      **CHARLES W. BYRD**
      Assistant United States Attorney
      Georgia Bar No. 100850
      United States Attorney's Office for the Middle District of Georgia


**THE STATE OF GEORGIA**

      **SAMUEL S. OLENS**
      **ATTORNEY GENERAL**


BY:   */s/ Elizabeth S. White w/ express permission*
      **ELIZABETH S. WHITE**
      ASSISTANT ATTORNEY GENERAL
      Georgia Bar No. 258844
      200 Piedmont Avenue, S.E.
      West Tower, 19th Floor
      Atlanta, GA 30334
      Telephone: (404) 656-4145
      Facsimile: (404) 656-7441
      ewhite@law.ga.gov

**DEFENDANT HOSPITAL AUTHORITY OF IRWIN COUNTY**

BY: */s/ Roy E. Barnes w/ express permission*

**ROY E. BARNES**
Georgia Bar No. 039000
Barnes Law Group
31 Atlanta Street
Marietta, Georgia 30060

**Counsel for Defendant Hospital Authority of Irwin County**

**DEFENDANT MAHENDRA AMIN, M.D.**

BY: */s/ Scott R. Grubman w/ express permission*

**SCOTT R. GRUBMAN**
Georgia Bar No. 317011
Chilivis, Cochran, Larkins & Bever, LLP
3127 Maple Dr.
Atlanta, Georgia 30305

**Counsel for Mahendra Amin, M.D.**

**RELATORS**

**BY:** */s/ Mike Bothwell w/ express permission*

**MIKE BOTHWELL**
Georgia Bar No. 069920
The Bothwell Law Group
304 Macy Drive
Roswell, GA 30076

**Counsel for Relators Connie Brodgon and Summer Holland**